UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT SCOTT EMERY,

    Plaintiff,

v.    Case No. 8:22-cv-1290-KKM-MRM

RUSSELL PENNELL, *et al.*,

    Defendants.

_____

ORDER

On December 5, 2022, the Court struck Plaintiff Robert Scott Emery's complaint and directed him to amend the complaint using the standard form by December 19, 2022. (Doc. 3.) The order was mailed to the address on file for Emery but was recently returned as undeliverable. As of the date of this order, Emery has not filed a notice of change of address. Nor has he amended his complaint using the standard form.

Emery must keep this Court advised of his current address to effectively process this litigation. Therefore, due to Emery's lack of prosecution in this matter and based on his failure to timely file an amended complaint as directed by the Court, the following is **ORDERED**:

    1.    This case is **DISMISSED without prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**ORDERED** in Tampa, Florida on January 5, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge